

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

GREGORY A. RICHARDSON,

    Petitioner,

v.                                  Civil Action No. 3:07CV514

VIRGINIA DEPARTMENT OF CORRECTIONS, et al.,

    Respondents.

## MEMORANDUM OPINION

    Gregory Richardson, a Virginia detainee proceeding pro se, submitted this petition for a writ of habeas corpus. By Memorandum Order entered on December 9, 2008, the Court informed Richardson that, in light of his history of frivolous and abusive litigation, the Court was contemplating entering a prefiling injunction against him. The Court directed Richardson to file any objections to the proposed injunction within fifteen (15) days of the date of entry thereof. Richardson has not responded. Accordingly, for the reasons set forth in the December 9, 2008 Memorandum Order all litigation by Richardson in this District shall be subject to the prefiling injunction set forth in the accompanying Order.

    The Clerk is DIRECTED to send a copy of the Memorandum Opinion to Richardson and counsel for Respondents.

    And it is so Ordered.

                                              /s/    REP
                                Robert E. Payne
                                Senior United States District Judge

Date: January 7, 2009
Richmond, Virginia